USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/16/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM FREEMAN,

                Plaintiff,

-against-

ICONIX BRAND GROUP, INC., ROBERT C. GALVIN, F. PETER CUNEO, JUSTIN BARNES, DREW COHEN, and JAMES MARCUM,

                Defendants.

21 Civ. 5986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants have yet to appear in this action. In order to allow time for them to appear, the deadline for the parties to submit their joint letter and proposed case management plan is ADJOURNED. The parties shall submit their joint letter and proposed case management plan by **October 18, 2021**. ECF No. 5 ¶¶ 4–5.

    SO ORDERED.

Dated: September 16, 2021
       New York, New York

                              ANALISA TORRES
                           United States District Judge