USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/19/2021_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADAM FREEMAN,

                Plaintiff,

-against-

ICONIX BRAND GROUP, INC., ROBERT C. GALVIN, F. PETER CUNEO, JUSTIN BARNES, DREW COHEN, and JAMES MARCUM,

                Defendants.

21 Civ. 5986 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendants have not appeared in this action. If Defendants have not appeared by **October 27, 2021**, Plaintiff shall file a motion for default judgment, in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

    SO ORDERED.

Dated: October 19, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge